JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nickolas Pitarra | Lancaster County Motors, Inc. |
| (b) County of Residence of First Listed Plaintiff Lancaster<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant ______<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Scott M. Pollins, Pollins Law, 303 W. Lancaster Ave., Ste. 1C, Wayne, PA 19087, 610-896-9909 | Attorneys *(If Known)*<br>Renee Harris - Ward Law, LLC |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [x] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
Taxpayer First Act, 26 U.S.C. Section 7623(d)

Brief description of cause:
Whistleblower retaliation

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Unliquidated

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 10/30/26

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

10/2024

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM

Place of Accident, Incident, or Transaction: 5260 Main Street, East Petersburg, PA 17520

***RELATED CASE IF ANY:*** Case Number:__________ Judge:__________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

***A. Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☒ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief ***see certification below***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:__________

***B. Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury (*Please specify*):__________
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*__________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☒ **does** / ☐ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICKOLAS PITARRA,** | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** |
| v. | : | |
| **LANCASTER COUNTY MOTORS, INC,** | : | |
| Defendant. | : | **JURY TRIAL DEMANDED** |

**COMPLAINT**

## I. INTRODUCTION

1. Plaintiff, Nickolas Pitarra (Pitarra), is suing his former employer, Defendant, Lancaster County Motors, Inc. (LCM), for terminating his employment in retaliation for providing information to LCM regarding underpayment of federal tax for Pitarra's 2025 LCM compensation. Pitarra brings his legal claim under the Taxpayer First Act, 26 U.S.C. § 7623(d).

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 26 U.S.C. § 7623(d)(2)(A)(ii).

3. Pitarra filed a complaint with the Secretary of Labor on March 19, 2026, the Secretary of Labor has not issued a final decision, and more than 180 days have elapsed since Pitarra filed with the Secretary of Labor.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b).

## III. PARTIES

5. Pitarra resides in Lancaster, PA.

6. LCM is a Pennsylvania corporation located at 5260 Main Street, East Petersburg, PA 17520.

7. LCM is a car dealer operating multiple car dealerships in the Lancaster County area.

## IV. FACTUAL BACKGROUND

8. In October 2020, Pitarra started working at LCM as a Sales Manager to open and launch the Mercedes-Benz of Lancaster Van Center.

9. For the next 3 ½ years, Pitarra successfully opened and operated this location.

10. In about July 2024, LCM promoted Pitarra to be the Director of Commercial Sales reporting to LCM President and CEO Christopher Boland.

11. For the duration of his employment at LCM, Pitarra maintained a stellar employment record with no disciplinary history or performance warnings.

12. On December 31, 2025, Pitarra texted Mr. Boland as follows.

13. See text messages attached below.




14. Pitarra's texts are the blue bubbles on the right side and Mr. Boland's texts are the gray bubbles on the left side.

15. Pitarra raised the federal tax issue with LCM CFO Robert (Bob) Hershock immediately thereafter. Mr. Boland texted Pitarra later that same day asking what Bob said because Mr. Boland was worried about the tax thing.

16. See text messages attached below.




17. Attached below are Pitarra's year end 2024 and 2025 earnings statements for LCM. For 2024, he earned a gross compensation of about $232,000 and LCM withheld about $24,000 for federal income tax. For 2025, he earned a gross compensation of about $230,000 and LCM only withheld about $13,700 for federal income tax. All of the other withholdings are similar when compared between 2024 and 2025 ***except*** the federal income tax LCM withheld.

18. Pitarra's 2024 earnings statement –

**Dec 27, 2024**

Details | **YTD** | Compare

Dec 27, 2024 Past Statements

Gross
**$232,225.18**

Expand All

| | |
|---|---|
| **Gross** | **$232,225.18** |
| **Taxes** | **$47,045.51** |
| Federal Income Tax | $23,994.92 |
| Social Security | $10,453.20 |
| Medicare | $3,203.28 |
| Medicare - Hospital Insurance | $188.24 |
| Pennsylvania State Income Tax | $6,782.09 |
| Pennsylvania State Unemployment Insurance | $162.56 |
| East Hempfield Twp Local Income Tax | $2,209.22 |
| East Hempfield Twp Local Services Tax | $52.00 |

Tax Withholding Calculator

| | |
|---|---|
| **Benefits** | **$13,829.66** |

19. Pitarra's 2025 earnings statement -

**Dec 29, 2025**

Details | **YTD** | Compare

Dec 29, 2025 Past Statements

Gross
**$229,999.89**

Expand All

| | |
|---|---|
| **Gross** | **$229,999.89** |
| **Taxes** | **$37,183.54** |
| Federal Income Tax | $13,709.20 |
| Social Security | $10,918.20 |
| Medicare | $3,194.32 |
| Medicare - Hospital Insurance | $182.68 |
| Pennsylvania State Income Tax | $6,763.24 |
| Pennsylvania State Unemployment Insurance | $160.98 |
| East Hempfield Twp Local Income Tax | $2,202.92 |
| East Hempfield Twp Local Services Tax | $52.00 |

Tax Withholding Calculator

| | |
|---|---|
| **Benefits** | **$12,222.60** |

20. The amount of federal income tax LCM withheld in 2025 was more than $10,000 less than the federal income tax withheld by LCM in 2024. This significant

difference in federal income tax withholding cannot be explained by a significant change in Pitarra's earnings as his LCM compensation for 2024 and 2025 is similar.

21. About a week later and on January 8, 2026, LCM terminated Pitarra under the pretextual guise of a position elimination. LCM provided Pitarra with the following termination letter –

LCM
LANCASTER COUNTY MOTORS
LANCASTERCOUNTYMOTORS.COM

January 8, 2026

Nickolas Pitarra
1033 Shadowstone Dr
Lancaster, PA 17603

Nick Pitarra,

This letter is to formally notify you that your position as Director of Commercial Sales with Lancaster County Motors is being eliminated and your employment is being terminated effective today, January 8, 2026.

You will be permitted to continue using a company vehicle through Friday, January 16, 2026. At that time, the vehicle must be returned in the same condition received.

Return all company property immediately, including but not limited to laptop, building keys, company credit card, and gas card.

Lancaster County Motors will support you in filing for unemployment benefits as applicable.

Your medical, dental, and vision insurance coverage will remain active through February 28, 2026 fully paid for by Lancaster County Motors, Inc. Information regarding continuation of benefits via Cobra will be provided by February 28, 2026.

Your December commissions will be paid on or before January 15, 2026. Any outstanding balance owed under your credit card repayment agreement will be deducted from your December commission payment.

Effective immediately, all questions or communications related to this matter must be directed exclusively to Peter Martin, Human Resources Director 717-381-2866 pmartin@lcmotors.net . Do not contact any owners, managers, or employees.

We appreciate your contributions to Lancaster County Motors and wish you the best in your future endeavors.

Sincerely,

Peter Martin
Human Resources Director
Lancaster County Motors

Lancaster County Motors Inc. 5260 Main St. East Petersburg, PA 17520 P:(717) 569-4514 F: (717) 431-5714

22. This made no sense to Pitarra. He had been successfully performing his Director role, no one (including his boss and the President/CEO Mr. Boland) had ever said anything to him that suggested his role was no longer needed or that his duties and responsibilities were no longer needed.

23. Upon information and belief, Pitarra's duties and responsibilities continued to be performed by other LCM employee(s)/consultant. LCM named Pitarra's direct subordinate, Steven Entrekin, as interim manager and LCM brought in a consultant to perform Pitarra's director functions.

## V. CLAIMS

### Count I – Taxpayer First Act

24. Paragraphs 1-23 are incorporated by reference as if fully set forth herein.

25. LCM wrongfully discharged Pitarra in violation of the Taxpayer First Act (26 U.S.C. § 7623(d)) because he provided information to LCM President and CEO Mr. Boland and to LCM CFO Mr. Hershock regarding an underpayment of federal tax and/or Pitarra reported conduct to CEO Boland and CFO Hershock which Pitarra reasonably believed constituted a violation of the internal revenue laws.

26. Pitarra's conduct as described in Paragraph 25 was a contributing factor in LCM's decision to terminate his employment.

27. As a direct and proximate result of LCM's wrongful termination of Pitarra, Pitarra suffered, is suffering and will continue to suffer damages, including lost compensation and benefits and emotional distress consisting of anxiety, stress, humiliation, career damage, and embarrassment.

**WHEREFORE**, Pitarra respectfully requests this Court enter judgment in his favor and against LCM for the following relief:

a. Reinstatement or Front pay, 200% back pay including raises and bonuses, 100% lost benefits, and other orders necessary to make him whole.

b. Abatement. An order (1) requiring LCM to abate and refrain from any further violations of the whistleblower provisions of the TFA; (2) requiring LCM to explicitly rescind any and all policies that restrain or direct employees in

connection with reporting of compliance issues; (3) requiring LCM to prohibit harassment of those who engage, or are suspected of engaging in protected activity; and (4) requiring LCM to take prompt and effective action against any reported violations.

c. An order prohibiting LCM from disclosing any disparaging information about Pitarra to prospective employers, or otherwise interfering with any employment applications he might make in the future.

d. Special or compensatory monetary damages in an amount determined to be fair and equitable compensation for Pitarra's emotional distress, embarrassment, humiliation, loss of reputation and career harm.

e. Reasonable attorney fees for Pitarra's attorneys.

f. Costs of this litigation, including reimbursement for deposition fees, travel expenses, and other expenses to collect and produce evidence in this matter.

g. Posting. Pitarra requests an order requiring LCM to issue a notice, and provide copies to all its employees that (1) the U.S. District Court has found that LCM violated the rights of a whistleblower, [name], and ordered that this person be made whole, (2) describes the laws protecting whistleblowers, setting out the Court's orders to LCM as policies of LCM, (3) provides the name and address where complaints of violations may be sent, and (4) informs employees that complaints must be filed within specified time limits after any adverse action.

Respectfully submitted,

By: *_/s/ Scott M. Pollins_*

Scott M. Pollins/ Pa. Atty. Id. No. 76334
**Pollins Law**
303 W. Lancaster Ave., Ste. 1C
Wayne, PA 19087
(610) 896-9909 (phone)/(610) 896-9910 (fax)
scott@pollinslaw.com (email)

Date: 10/30/26

Attorney for Plaintiff, Nicholas Pitarra